UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

KATHLEEN LACEY,

       Plaintiff,                            Case No. 22-cv-13043

v                                         HON. MARK A. GOLDSMITH

THE LITIGATION PRACTICE
GROUP, P.C., et al.,

       Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

      This Court held a status conference on the record over Zoom on April 25, 2023 following Defendant The Litigation Practice Group, P.C.'s filing of a notice of its petition for bankruptcy (Dkt. 17).  As discussed during the status conference, the Court will hold another status conference on the record over Zoom on May 10, 2023 at 1:30 p.m.  The Court directs the parties to file a joint statement on the docket by 12:00 p.m. EST on May 9, 2023.  The joint statement must set out the parties' positions as to (i) whether BAT Inc. is subject to an automatic stay and (ii) whether Debt Resolution Direct, LLC d/b/a Debt Advisors of America must be served with a summons for Plaintiff Kathleen Lacey's forthcoming amended complaint, which will properly name it as a Defendant.

      SO ORDERED.

Dated: April 26, 2023                              s/Mark A. Goldsmith
    Detroit, Michigan                           MARK A. GOLDSMITH
                                               United States District Judge